**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO 0:19-CV-62008-KMW

COLLEEN DEVIVO,
individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

THE KOLTER GROUP, LLC,

*Defendant*.

______________________/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Colleen Devivo, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Colleen Devivo, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: October 9, 2019

Respectfully Submitted,

**SHAMIS & GENTILE, P.A.**
*/s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 1205
Miami, Florida 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

**EDELSBERG LAW, PA**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.
Florida Bar No. 0100537
scott@edelsberglaw.com
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: 305-975-3320